## STATE OF CONNECTICUT *v.* LOUIS D'ANTONIO

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 79 Conn. App. 683 (AC 23081), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the judgment of violation of probation and the ensuing imposition of sentence on the basis of plain error?"

The Supreme Court docket number is SC 17095.

*Ronald G. Weller*, assistant state's attorney, in support of the petition.

*Adele V. Patterson*, assistant public defender, in opposition.